# EXHIBIT 1

Filed
D.C. Superior Court
12/02/2020 09:53AM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Douglas Jones

vs

District of Columbia, et al.,

Case Number: 2020 CA 004857 B

Date: 12.2.2020

[X] One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Martinis M. Jackson | Relationship to Lawsuit |
|---|---|
| Firm Name: Jackson Legal Services PLLC | [X] Attorney for Plaintiff |
| Telephone No.: 240-763-7529 — Six digit Unified Bar No.: 1020065 | [ ] Self (Pro Se)<br>[ ] Other: ______ |

TYPE OF CASE: [ ] Non-Jury [ ] 6 Person Jury [X] 12 Person Jury

Demand: $ 100,000.00 Other: ______

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: ______ Judge: ______ Calendar #: ______

Case No.: ______ Judge: ______ Calendar#: ______

NATURE OF SUIT: *(Check One Box Only)*

**A. CONTRACTS** **COLLECTION CASES**

[ ] 01 Breach of Contract
[ ] 02 Breach of Warranty
[ ] 06 Negotiable Instrument
[ ] 07 Personal Property
[ ] 13 Employment Discrimination
[ ] 15 Special Education Fees

[ ] 14 Under $25,000 Pltf. Grants Consent
[ ] 17 OVER $25,000 Pltf. Grants Consent
[ ] 27 Insurance/Subrogation Over $25,000 Pltf. Grants Consent
[ ] 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
[ ] 28 Motion to Confirm Arbitration Award (Collection Cases Only)

[ ] 16 Under $25,000 Consent Denied
[ ] 18 OVER $25,000 Consent Denied
[ ] 26 Insurance/Subrogation Over $25,000 Consent Denied
[ ] 34 Insurance/Subrogation Under $25,000 Consent Denied

**B. PROPERTY TORTS**

[ ] 01 Automobile
[ ] 02 Conversion
[ ] 07 Shoplifting, D.C. Code § 27-102 (a)

[ ] 03 Destruction of Private Property
[ ] 04 Property Damage

[ ] 05 Trespass

**C. PERSONAL TORTS**

[ ] 01 Abuse of Process
[ ] 02 Alienation of Affection
[ ] 03 Assault and Battery
[ ] 04 Automobile- Personal Injury
[ ] 05 Deceit (Misrepresentation)
[ ] 06 False Accusation
[ ] 07 False Arrest
[ ] 08 Fraud

[ ] 10 Invasion of Privacy
[ ] 11 Libel and Slander
[ ] 12 Malicious Interference
[ ] 13 Malicious Prosecution
[ ] 14 Malpractice Legal
[ ] 15 Malpractice Medical (Including Wrongful Death)
[X] 16 Negligence- (Not Automobile, Not Malpractice)

[X] 17 Personal Injury- (Not Automobile, Not Malpractice)
[ ] 18Wrongful Death (Not Malpractice)
[ ] 19 Wrongful Eviction
[ ] 20 Friendly Suit
[ ] 21 Asbestos
[ ] 22 Toxic/Mass Torts
[ ] 23 Tobacco
[ ] 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE IF USED

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

Martinis Jackson
Attorney's Signature

12/2/2020
Date

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Douglas Jones

Plaintiff

vs.

Case Number **2020 CA 004857 B**

The District of Columbia

Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Martinis M. Jackson
Name of Plaintiff's Attorney

1629 K Street NW, Suite 300
Address
Washington, D.C. 20006

240.763.7529
Telephone

*Clerk of the Court*

By [signature]
Deputy Clerk

Date 12/07/2020

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

________________________________________
Demandante

contra

Número de Caso: ____________________

________________________________________
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

______________________________
Nombre del abogado del Demandante

Por: ______________________________
Subsecretario

______________________________
Dirección

______________________________

Fecha ______________________________

______________________________
Teléfono

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828

[illegible](202) 879-4828 [illegible] የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

**DOUGLAS JONES**
227 O STREET, SW, APT. 33
WASHINGTON, DC 20024

**Plaintiff,**

**v.**

**The DISTRICT OF COLUMBIA**
400 6TH STREET, NW
WASHINGTON, DC 20001

&

**OFFICER LLOYD COWARD, III**
[redacted]

&

**SERGEANT TIMOTHY EVANS**
[redacted]

in their individual and official capacities

Serve: Mayor Muriel Bowser
1350 Pennsylvania Ave, NW
Washington, D.C. 20004

Serve: Attorney General Karl Racine
441 4th Street NW
Suite 1100 South
Washington, D.C. 20001

**Defendants.**

Case No. **2020 CA 004857 B**

---

## COMPLAINT

COMES NOW, Plaintiff, Douglas Jones, by and through Counsel, Martinis Jackson, Esq., and hereby files Plaintiff's Complaint against Defendants, Officer Lloyd Coward,

III, individually and in his official capacity, Sergeant Timothy Evans, individually and in his official capacity, and the District of Columbia. In support thereof, Plaintiff states as follows:

**JURISDICTION**

1. This Court has subject matter jurisdiction over this action pursuant to D.C. Code 11-921.

2. This Court has personal jurisdiction over Defendants pursuant to D.C. Code 13-423 in that Defendants caused a tortious injury to occur in the District of Columbia.

**NATURE OF THIS ACTION**

3. This is an action pertaining to civil rights violations and tortious conduct committed by the above-named Defendants against Plaintiff. Defendants' malicious actions caused injury and harm to Plaintiff.

**PARTIES**

4. Plaintiff, Douglas Jones, (hereinafter "Mr. Jones"), who is over the age of 18 years old, is a resident and citizen of Washington, D.C., and whose mailing address is 227 O Street, SW, Apt. 33, Washington, DC 20024.

5. Defendant, Lloyd Coward, III, (hereinafter Defendant "Coward"), is over the age of 18 years old and, on good information and belief, is a resident of the State of Maryland, with the current mailing address of [REDACTED] Defendant Coward is a party to this action individually and in his capacity as a Police Officer for the Metropolitan Police Department.

6. Defendant, Timothy Evans, (hereinafter Defendant "Evans"), is over the age of 18 years old and, on good information and belief, is a resident of the District of Columbia, with his current mailing address being [REDACTED]

Defendant Evans is being sued individually and in his capacity as a police officer for the Metropolitan Police Department.

7. The District of Columbia, (hereinafter the "District"), as a municipality, operates, manages, directs, and controls Washington, D.C.'s Metropolitan Police Department ("MPD") and is responsible for the actions of its employees conducted within the scope of their employment.

**STATEMENT OF FACTS**

8. On or around 12:30 P.M. on December 5, 2017, Mr. Jones was walking through a public outdoor facility located in Southwest Washington, D.C.

9. As Mr. Jones arrived at the facility, he noticed numerous armed, fully uniformed MPD officers standing around the playground area and speaking with other facility patrons.

10. As Mr. Jones was walking through the public facility towards the facility's exit, Mr. Jones was abruptly stopped by a fully uniformed MPD police officer.

11. That police officer was Defendant Lloyd Coward III, MPD Badge No. 4778.

12. Defendant Coward intentionally positioned himself directly in Mr. Jones' path, as to prevent Mr. Jones from proceeding any further.

13. At this time, Mr. Jones was neither suspected of committing any crime nor was he intervening in MPD's official business.

14. To avoid bumping into Defendant Coward, Mr. Jones immediately stopped walking forward, causing Mr. Jones to be face to face with Defendant Coward.

15. Without giving any warning or providing an explanation for stopping Mr. Jones, Defendant Coward reached out his hand and pushed Mr. Jones in the opposite direction.

16.     Immediately, Mr. Jones took a few steps backward as a result of the unwarranted push, and simultaneously put both of his hands in the air while verbally requesting that Defendant Coward stop touching him.

17.     As Mr. Jones repeated his request not to be touched, several of the MPD officers that were scattered about the facility, rushed over to Mr. Jones and Defendant Coward's location.

18.     Among those officers, was Defendant Sergeant Timothy Evans, MPD Badge No. S0567.

19.     As the officers were gathering around where the two men were standing, Mr. Jones pointed at Defendant Coward to identify the MPD officer that pushed him.

20.     In response, Defendant Coward swatted at Mr. Jones hand, but failed to make contact.

21.     As both men continued to go back and forth verbally, Defendant Coward told Mr. Jones that he was not intimated by him, then proceeded to forcefully push Mr. Jones backwards with both his hands without provocation from Mr. Jones.

22.     Defendant Coward then yelled at Mr. Jones to "get the fuck out of [his] face" and attempted to bait Mr. Jones into a physical altercation.

23.     Mr. Jones gave his opinion about Defendant Coward's conduct and called him a coward.

24.     In response to Mr. Jones' statements, Defendant Evans, while dressed in police uniform, stepped in Mr. Jones' face, and in a pugnacious tone, asked Mr. Jones, if he wanted to go to jail.

25.     Given Defendant Evans' dismissive and demeaning tone, Mr. Jones and Defendant Evans began to exchange derogatory comments.

26.     Shortly thereafter, in an attempt to remove himself from the situation, Mr. Jones backed away from both Defendant Coward and Defendant Evans and proceeded to head towards a pavilion that was located on the other side of the public facility.

27.     As Mr. Jones was backing away from the group of officers and attempting to leave, Defendant Evans pursued Mr. Jones and began harassing him.

28.     As Defendant Evans followed Mr. Jones, Defendant Evans continued yelling obscenities at Mr. Jones, calling him an "ass" and an "asshole".

29.     Defendant Evans continuously entered into Mr. Jones' personal space, repeatedly pressing his chest against Mr. Jones, in an attempt to provoke some physical response from Mr. Jones.

30.     At one point, Defendant Evans' chest bumped Mr. Jones so hard that Defendant Evan's MPD issued body camera became dislodged.

31.     At one point during Defendant Evans' verbal assault, Defendant Evans spat in Mr. Jones' face.

32.     Whenever Mr. Jones would request for Defendant Evans to stop touching him, Defendant Evans would mock Mr. Jones' request, disregard the request made, and would continue to taunt Mr. Jones.

33.     After several minutes of being followed, insulted and assaulted, Mr. Jones attempted to leave the facility but was prevented from leaving by Defendant Evans' harassment.

34. Upon seeing Mr. Jones trying to leave, Defendant Evans retrieved his MPD issued bicycle and once again started to follow and pursue Mr. Jones.

35. As Defendant Evans chased Mr. Jones on his MPD bicycle, Defendant Evans constantly encouraged Mr. Jones to attack him.

36. After a few more minutes of being followed and harassed, Mr. Jones was finally able to leave.

37. At no point in time during Mr. Jones' interaction with Defendant Evans and Defendant Coward did probable cause exist for Mr. Jones' arrest.

38. At no point in time during Mr. Jones' interaction with Defendant Evans and Defendant Coward did Mr. Jones pose a threat to anyone.

39. Subsequently, on or about December 9, 2017, Mr. Jones filed a complaint with the District of Columbia's Office of Police Complaints ("OPC") detailing the date, location, time, and facts surrounding this incident that formed the basis for the allegations in this Complaint.

40. OPC investigated Mr. Jones' allegations and found that both Defendant Coward and Defendant Evans violated D.C. Code and MPD General Orders by, *inter alia*, using excessive force against Mr. Jones and harassing him.

41. As a result of OPC's findings, both Defendant Coward and Defendant Evans were suspended for a period without pay.

42. At all times throughout, Defendant Coward and Defendant Evans were employed by and acting in their official capacities as police officers with the MPD.

**COUNT I**

**VIOLATION OF 42 U.S.C. 1983: DEPRIVATION OF FEDERAL RIGHTS**

**(4th Amendment Unlawful Arrest & Excessive Force**

**Defendant Coward and Defendant Evans)**

43. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

44. As a United States Citizen and resident of the District of Columbia, Mr. Jones has a constitutional right to be free from unreasonable search and seizures of his person.

45. Mr. Jones also has a right to not be denied life, liberty, or property.

46. The actions taken by Defendant Coward and Defendant Evans, as outlined above, were in direct violation of Mr. Jones' 4th Amendment rights.

47. Defendant Coward prevented Mr. Jones from exiting and entering a public facility without probable cause to arrest Mr. Jones or stop him.

48. Throughout the encounter, Mr. Jones attempted to leave but several times the officers prevented him from leaving.

49. Defendant Coward intentionally blocked Mr. Jones pathway into the public facility, and without any cause, physically deterred Mr. Jones from proceeding any further by pushing him away.

50. Defendant Coward, again having no cause or need to interact with Mr. Jones, used unnecessary force a second time against Mr. Jones by shoving him to prevent Mr. Jones from enjoying his right to access the public facilities.

51. Having no reason to detain or arrest Mr. Jones, Defendant Evans also used unnecessary force against Mr. Jones, as he repeatedly kept pushing his chest into that of Mr. Jones', as Mr. Jones was trying to withdraw from the situation.

52. Defendant Evans also used excessive force against Mr. Jones by spitting in his face.

53.     During each one of their actions against Mr. Jones, both Defendant Coward and Defendant Evans were acting under the color of state law.

54.     Both Defendant Coward and Defendant Evans are employed by the District of Columbia's Metropolitan Police Department (MPD), specifically serving as police officers.

55.     At the time in which the foregoing events took place, both Defendant Coward and Defendant Evans were at the public facility in their official capacities as MPD police officers.

56.     Throughout their interactions with Mr. Jones, both Defendant Coward and Defendant Evans were fully uniformed and made it very apparent to Mr. Jones that they were acting on behalf of the MPD, and were fulfilling their assigned duties by being present at the facility.

57.     As Defendant Evans was following and chasing behind a retreating Mr. Jones, Defendant Evans was riding an MPD issued bicycle.

58.     As a direct and proximate result of Defendants violations of Mr. Jones' Constitutional rights, Mr. Jones has suffered, and will continue to suffer substantial emotion distress, mental anguish, and diminished capacity for the enjoyment of life.

59.     Due to the malicious and intentional nature of Defendants' conduct, Mr. Jones is entitled to punitive damages.

60.     Wherefore, Plaintiff, Douglas Jones, respectfully prays judgment against Defendants Lloyd Coward, III, and Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs,

interests, prejudgment interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

## COUNT II

## VIOLATION OF 42 U.S.C. 1983: DEPRIVATION OF FEDERAL RIGHTS

### (First Amendment Retaliation – Defendant Evans)

61. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

62. Mr. Jones opinion of Defendant Coward's actions in the course of his duties as a police officer is protected speech under the First Amendment.

63. Defendant Evans adversely affected Mr. Jones' First Amendment rights when he retaliated against Mr. Jones by threatening to arrest Mr. Jones for exercising his free speech.

64. Defendant Evans' threats and subsequent harassment was motivated by Mr. Jones exercising his First Amendment rights as Defendant Evans only threatened Mr. Jones after Mr. Jones made his protected statements to Officer Coward.

65. As a direct and proximate result of Defendants violations of Mr. Jones' Constitutional rights, Mr. Jones has suffered, and will continue to suffer substantial emotional distress, mental anguish, and diminished capacity for the enjoyment of life.

66. Due to the malicious and intentional nature of Defendant Evan's conduct, Mr. Jones is entitled to punitive damages.

67. Wherefore, Plaintiff, Douglas Jones, respectfully prays judgment against Defendant Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs, interests, prejudgment

interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

**COUNT III**

**VIOLATION OF 42 U.S.C. 1983: LIABILITY DUE TO FAILURE TO INTERVENE**

**(Defendant Coward)**

68. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each and every allegation in the aforementioned paragraphs, as fully set forth herein.

69. Defendant Evans violated Mr. Jones Fourth and Fifth Amendment rights by unlawfully detaining him and using unnecessary force in preventing Mr. Jones from accessing a public facility without cause.

70. Defendant Coward, being present, had a duty to intervene by virtue of his status as an officer of the law, charged with the duty of protecting residents and citizens of the District of Columbia and upholding the law, which included protecting Mr. Jones from being harassed, abused, and assaulted by a fellow officer, in direct violation of Mr. Jones' constitutionally endowed rights, the D.C. Code, and the MPD General Orders.

71. Having been the cause for Defendant Evans approaching Mr. Jones and having been present during the entire exchange between Mr. Jones and Defendant Evans, Defendant Coward had a reasonable opportunity to intervene.

72. Despite the foregoing, Defendant Coward failed to intervene and allowed Defendant Evans to harass, taunt, and physically assault Mr. Jones in a manner that violated Mr. Jones' constitutional rights, and thus Defendant Coward contributed to the violation.

73. As a direct and proximate result of Defendant Coward's failure to intervene, Mr. Jones constitutional rights were violated.

74. Wherefore, Plaintiff, Douglas Jones, respectfully prays judgment against Defendants Lloyd Coward, III, and Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs, interests, prejudgment interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

## COUNT IV

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**(Defendant Evans)**

75. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

76. Defendant Evans, while armed with a firearm and in the presence of several other armed officers, persistently chased after Mr. Jones despite Mr. Jones' repeated requests for Defendant Evans to leave him alone.

77. Defendant Evans not only attempted to provoke Mr. Jones to commit a crime in the presence of other officers by insulting and harassing Mr. Jones, but also by spitting in his face.

78. This extreme and outrageous conduct goes beyond all possible bounds of decency and is intolerable in a civilized society, especially from a high-ranking police officer who is duty bound to serve and protect residents of the District of Columbia.

79. Defendant Evans actions were intended to cause Mr. Jones to suffer severe emotional distress so that Mr. Jones would lose his composure and provide Defendant Evans with grounds to arrest him or worse.

80. Mr. Jones suffered severe emotional distress as a direct and proximate result of Defendant Evan's extreme and outrageous conduct.

81. Wherefore, Plaintiff, Douglas Jones, respectfully prays judgment against Defendants and Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs, interests, prejudgment interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

**COUNT V**

**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

**(Defendant Coward and Defendant Evans)**

82. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

83. Defendants Coward and Evans owed Mr. Jones a heightened standard of care, which they breached in a grossly negligent manner.

84. At all times relevant hereto, Defendant Coward and Defendant Evans were police officers sworn to enforce the law and ensure the safety and quality of life of the community they serve.

85. Instead of supporting and upholding the Constitution of the United States, and the laws of the District of Columbia, in which they operate, Defendant Coward and Defendant Evans attempted to provoke Mr. Evans to break the law.

86. Defendant Coward and Defendant Evans further breached that duty by using excessive force against Mr. Jones, harassing him for several minutes, and threatening to arrest him for exercising his constitutional rights.

87. The conduct taken by Defendant Coward and Defendant Evans was in violation of the D.C. Code, MPD General Orders, and the United States Constitution.

88. Defendant Coward and Defendant Evans' acts showed a complete disregard for the laws in which they took an oath to uphold, and an indifference to the risk of injury to Mr. Jones' constitutionally protected rights.

89. As a direct and proximate result of Defendant Coward and Defendant Evan's negligent acts, Plaintiff suffered damages, including but not limited to, severe emotional distress, mental anguish, and embarrassment.

90. WHEREFORE, Plaintiff, Douglas Jones, respectfully requests that this Honorable Court award judgment against Defendants Lloyd Coward, III, and Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs, interests, prejudgment interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

**COUNT VI**

**COMMON LAW NEGLIGENCE**

**(Defendant Coward and Defendant Evans)**

91. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

92. Defendants Coward and Evans owed Mr. Jones a heightened standard of care, which they breached in a grossly negligent manner.

93. At all times relevant hereto, Defendant Coward and Defendant Evans were police officers sworn to enforce the law and ensure the safety and quality of life of the community they serve.

94. Instead of supporting and upholding the Constitution of the United States, and the laws of the District of Columbia, in which they operate, Defendant Coward and Defendant Evans attempted to provoke Mr. Evans to break the law.

95. Defendant Coward and Defendant Evans further breached that duty by using excessive force against Mr. Jones, harassing him for several minutes, and threatening to arrest him for exercising his constitutional rights.

96. The conduct taken by Defendant Coward and Defendant Evans was in violation of the D.C. Code, MPD General Orders, and the United States Constitution.

97. Defendant Coward and Defendant Evans' acts showed a complete disregard for the laws in which they took an oath to uphold, and indifference to the risk of injury to Mr. Jones' constitutionally protected rights.

98. As a direct and proximate result of Defendant Coward and Defendant Evan's negligent acts, Plaintiff suffered damages, including but not limited to, severe emotional distress, mental anguish, and embarrassment.

99. WHEREFORE, Plaintiff, Douglas Jones, respectfully requests that this Honorable Court award judgment against Defendants Lloyd Coward, III, and Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs, interests, prejudgment interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

**COUNT VII**

**(Respondeat Superior – Defendant District)**

100. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

101. At all times during the above referenced incident, Defendant Coward and Defendant Evans were acting within the scope of their employment with the District.

102. The District is responsible under the doctrine of Respondeat Superior for all common law torts committed by District employees within the scope of their employment.

103. As stated above, Defendant Coward and Defendant Evans acted with gross negligence by failing to conduct themselves as a reasonable officer would under the circumstances.

104. Where Defendant Coward and Defendant Evans are found liable for intentional infliction of emotional distress, negligent infliction of emotional distress, or any other common law tort, the District is also liable to Plaintiff under the doctrine of Respondeat superior for those injuries.

**JURY DEMAND**

Plaintiff respectfully demands a jury trial in the aforementioned matter.

Dated: December 2, 2020

Respectfully submitted,

Jackson Legal Services, PLLC

Martinis Jackson

Martinis Jackson, Esq.
DC Bar No. 1020065
Jackson Legal Services, PLLC
1629 K Street, NW, Ste. 300
Washington, DC 20006
(301) 631-4964
**martinis.jackson@jlegalservices.com**
*Counsel for Plaintiff*

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

DOUGLAS JONES
Vs.
DISTRICT OF COLUMBIA et al

C.A. No. 2020 CA 004857 B

**INITIAL ORDER AND ADDENDUM**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

Case Assigned to: Judge KELLY A HIGASHI
Date: December 3, 2020
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, March 05, 2021
Location: Courtroom JM-4
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

**ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES**

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides, "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

**Civil Remote Hearing Instructions for Participants**

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option1: (AUDIO ONLY/Dial-in by Phone):**

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the **Audio Alternative**

**Option 2: (LAPTOP/ DESKTOP USERS 1):**

Open Web Browser in Google Chrome and copy and paste following address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3: (LAPTOP/ DESKTOP USERS 2):**

Open Web Browser in Google Chrome and copy and paste following address https://dccourts.webex.com Select **Join**, enter the Meeting ID from the next page

**AUDIO ALTERNATIVE:** Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window. Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.

**Option 4: (Ipad/SMART PHONE/TABLET):**

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be
- seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | WebEx Direct URL | WebEx Meeting ID |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

| | | | | |
|---|---|---|---|---|
| | 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
| | 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| | 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| | 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| | 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| | 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| | JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| | A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| | B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| | B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| | B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| | B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Filed
D.C. Superior Court
12/11/2020 10:03AM
Clerk of the Court

Douglas Jones
Plaintiff

vs.

Case Number 2020 CA 004857 B

OFFICER LLOYD COWARD, III
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Martinis M. Jackson
Name of Plaintiff's Attorney

1629 K Street NW, Suite 300
Address
Washington, DC 20006

240.763.7529
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date ______________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

______________________________________
Demandante

contra

Número de Caso: ____________________

______________________________________
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

______________________________
Nombre del abogado del Demandante

______________________________
Dirección

Por: ______________________________
Subsecretario

______________________________

Fecha ______________________________

______________________________
Teléfono

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828

[illegible] (202) 879-4828 [illegible] የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Douglas Jones
Plaintiff

vs.

Case Number 2020 CA 004857 B

SERGEANT TIMOTHY EVANS
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Martinis M. Jackson
Name of Plaintiff's Attorney

1629 K Street NW, Suite 300
Address
Washington, D.C. 20006

240.763.7529
Telephone

*Clerk of the Court*

By ______________________
Deputy Clerk

Date ______________________

如需翻译,请打电话 (202) 879-4828　　Veuillez appeler au (202) 879-4828 pour une traduction　　Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요　　የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

______________________________ Demandante

contra

Número de Caso: ______________________________

______________________________ Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

______________________________
Nombre del abogado del Demandante

*SECRETARIO DEL TRIBUNAL*

______________________________
Dirección

Por: ______________________________
Subsecretario

______________________________

______________________________
Teléfono

Fecha ______________________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
(202) 879-4828 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Filed
D.C. Superior Court
12/11/2020 10:03AM
Clerk of the Court

Douglas Jones
Plaintiff

vs.

Case Number 2020 CA 004857 B

OFFICER LLOYD COWARD, III
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Martinis M. Jackson
Name of Plaintiff's Attorney

1629 K Street NW, Suite 300
Address
Washington, DC 20006

240.763.7529
Telephone

Clerk of the Court

By [signature]
Deputy Clerk

Date 12/11/2020

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

______________________________ Demandante

contra

Número de Caso: ______________________________

______________________________ Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

______________________________
Nombre del abogado del Demandante

*SECRETARIO DEL TRIBUNAL*

______________________________
Dirección

Por: ______________________________
Subsecretario

______________________________

______________________________
Teléfono

Fecha ______________________________

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

(202) 879-4828    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Douglas Jones
Plaintiff

vs.

Case Number 2020 CA 004857 B

SERGEANT TIMOTHY EVANS
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Martinis M. Jackson
Name of Plaintiff's Attorney

1629 K Street NW, Suite 300
Address
Washington, D.C. 20006

240.763.7529
Telephone

*Clerk of the Court*

By [signature]
Deputy Clerk

Date 12/11/2020

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

Demandante

contra

Número de Caso:

Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

Por:

Dirección

Subsecretario

Fecha

Teléfono

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

DO NOT COMPLETE

RECEIVED
DEC 18 2020
Washington, D.C.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**DOUGLAS JONES**
Plaintiff/Petitioner
vs.
**OFFICER LLOYD COWARD III; ET AL.**
Defendant/Respondent

Cause No.: **2020CA004857B**
Hearing Date:

AFFIDAVIT OF SERVICE OF
**SUMMONS; COMPLAINT; COVER SHEET; INITIAL ORDER AND ADDENDUM**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

**On the 15th day of December, 2020 at 11:35 AM** at the address of [redacted] this affiant served the above described documents upon **OFFICER LLOYD COWARD III** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **OFFICER LLOYD COWARD III, Who accepted service with direct delivery, with identity confirmed by subject saying yes when named, a black-haired black male approx. 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses and a beard.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 15, 2020

**Aaron Hutton**

Residing or doing business at: **26461 Reed Rd, Mechanicsville, MD 20659**

REF: **REF-7065015 LC**

PAGE 1 OF 1
ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: **0061993637**

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

**Filed**
**D.C. Superior Court**
**12/11/2020 18:03AM**
**Clerk of the Court**

Douglas Jones
Plaintiff

vs.

Case Number 2020 CA 004857 B

OFFICER LLOYD COWARD, III
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Martinis M. Jackson
Name of Plaintiff's Attorney

1629 K Street NW, Suite 300
Address
Washington, DC 20006

240.763.7529
Telephone

*Clerk of the Court*

By [signature]
Deputy Clerk

Date 12/11/2020

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오 [illegible] (202) 879-4828 [illegible]

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

Filed
D.C. Superior Court
01/19/2021 18:36PM
Clerk of the Court

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

**DOUGLAS JONES**
227 O STREET, SW, APT. 33
WASHINGTON, DC 20024

**Plaintiff,**

**v.**

**The DISTRICT OF COLUMBIA et al.,** ) Case No. 2020 CA 004857 B

**Defendants.**

---

**MOTION TO EXTEND TIME TO SERVE DEFENDANTS**

Plaintiff, Douglas Jones, though his attorney, Martinis M. Jackson Esq., hereby respectfully requests that this honorable Court extend the time within which to serve Defendants, and for cause, state:

1. On December 2, 2020, Plaintiff filed this Complaint against the District of Columbia, Sergeant Timothy Evans, and Officer Lloyd Coward, III.
2. Pursuant to DCCR 4, Plaintiff has until January 31, 2021 to serve Defendants in this matter.
3. Plaintiff properly served Officer Lloyd Coward III on December 15, 2020.
4. Plaintiff has made several unsuccessful attempts to serve Sergeant Timothy Evans at his last known residence.
5. Plaintiff also attempted to serve Sergeant Timothy Evans at this place of employment; however, representatives as Mr. Evans place of employment explained that he is on a special detail and will not return until mid-February.
6. Plaintiff has already attempted to serve the District of Columbia; however, the District of Columbia is not accepting in person service due to COVID-19 restrictions.

7. For the foregoing reasons, Plaintiff seeks an additional 60 days to serve the Defendants in this case.

8. An extension is in the interest of justice as this is Plaintiff's first request for an extension and he has made diligent efforts to serve the Defendants to no avail.

9. Attached are affidavits of evidencing Plaintiff's attempts to serve Defendants.

WHEREFORE, Plaintiff respectfully requests:

1. That the Court grant the instant motion.
2. That the Court extent the deadline within which to serve the remaining unserved Defendants by 60 days;
3. Whatever other and further relief may be required in the interest of justice.

Date: January 19, 2021.

Respectfully submitted,

Martinis M. Jackson [1020065]
Jackson Legal Services PLLC
1629 K Street NW, Suite 300
Washington, D.C. 20006
Telephone: (301) 631-4964
Facsimile: (301) 851-6019
martinis.jackson@jlegalservices.com
*Attorney for Plaintiff*

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | | |
|---|---|---|
| **DOUGLAS JONES**<br>227 O STREET, SW, APT. 33<br>WASHINGTON, DC 20024<br><br>**Plaintiff,**<br><br>**v.**<br><br>**The DISTRICT OF COLUMBIA et al.,**<br><br>**Defendants.** | ) | Case No. 2020 CA 004857 B |

**ORDER GRANTING MOTION TO EXTEND TIME TO SERVE DEFENDANTS**

THIS MATTER Coming on Plaintiff's Motion to Extend Time within which to Serve Defendants it is thereupon this ___ day of __________ , 2021, by the Superior Court for the District of Columbia,

ORDERED, that the same be, and hereby is, granted; and it is further

ORDERED, that Plaintiff serve Defendants with the summons, complaint, a copy of the Motion and this Order, and all other documents required to be served under the Rules, or by the Court, on or before the ____ day of _____________ , 2021.

______________________________

Judge, Superior Court for the District of Columbia

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**DOUGLAS JONES**
Plaintiff/Petitioner

vs.

**OFFICER LLOYD COWARD III; ET AL.**
Defendant/Respondent

Cause No.: **2020CA004857B**
Hearing Date:

AFFIDAVIT OF NON-SERVICE OF
**Summons; Complaint; COVER SHEET; INITIAL ORDER AND ADDENDUM**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Affiant states s(he) attempted to serve **SERGEANT TIMOTHY EVANS** at the address of: [redacted] and was unable to effect service for the following reasons:

**12/19/2020 10:25 AM: No answer at door.**
**12/21/2020 1:03 PM: No answer at door.**
**12/26/2020 12:17 PM: No answer at door.**
**1/4/2021 6:51 PM: No answer at door.**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 01/11/2021

**Duclos Keusseu**

Residing or doing business at: **1219 Kingsbury Dr, Bowie, MD 20721**

REF: **REF-7065015 TE**

PAGE 1 OF 1

ORIGINAL AFFIDAVIT OF NON-SERVICE

Tracking #: **0063052104**




IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**DOUGLAS JONES**
Plaintiff/Petitioner

vs.

**OFFICER LLOYD COWARD III; ET AL.**
Defendant/Respondent

Cause No.: **2020 CA 004857 B**
Hearing Date:

AFFIDAVIT OF NON-SERVICE OF
**Summons; Complaint; INITIAL ORDER AND ADDENDUM**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Affiant states s(he) attempted to serve **SERGEANT TIMOTHY EVANS** at the address of: **METROPOLITAN POLICE DEPARTMENT, 1ST DISTRICT STATION, 101 M. ST. SW, WASHINGTON, DC 20024** and was unable to effect service for the following reasons:
**1/12/2021 11:03 AM: Per THE FRONT DESK OFFICER...per the officer the defendant is on a special detail and will not return until the middle of next month**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 15, 2021

**Paul Waters**

Residing or doing business at: **7613 Jaywick Ave, Fort Washington, MD 20744**

Tracking #: **0063529302**



IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS JONES**<br>Plaintiff/Petitioner | Cause No.: **2020CA004857B**<br>Hearing Date: |
| vs.<br>**OFFICER LLOYD COWARD III; ET AL.**<br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF<br>**SUMMONS; COMPLAINT; COVER SHEET; INITIAL ORDER AND ADDENDUM** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **15th day of December, 2020** at **11:35 AM** at the address of , this affiant served the above described documents upon **OFFICER LLOYD COWARD III** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **OFFICER LLOYD COWARD III**, **Who accepted service with direct delivery, with identity confirmed by subject saying yes when named, a black-haired black male approx. 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses and a beard.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 15, 2020

**Aaron Hutton**

Residing or doing business at: **26461 Reed Rd, Mechanicsville, MD 20659**

Filed
D.C. Superior Court
01/21/2021 20:20PM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| DOUGLAS JONES,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | 2020 CA 004857 B<br>Judge Todd E. Edelman<br>Next Event: Initial Scheduling Conference<br>Date: March 5, 2021 |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant Attorney General Stephanie R. Johnson as counsel for Defendant Lloyd Coward in the above-captioned matter.

Date: January 21, 2021

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Christina Okereke
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

/s/ Stephanie R. Johnson
STEPHANIE R. JOHNSON [1632338]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 256-3713
(202) 741-0592 (fax)
stephanie.johnson1@dc.gov

*Counsel for Defendant District of Columbia*

Filed
D.C. Superior Court
01/27/2021 15:49PM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **DOUGLAS JONES,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No. 2020 CA 4857 B** |
| | : | **Judge Todd E. Edelman** |
| **THE DISTRICT OF COLUMBIA *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of Plaintiff's Motion to Extend Time to Serve Defendants, filed December 19, 2020, it is this 27th day of January 2021 hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the deadline to file proof of service upon the Defendants is extended 60 days from January 31, 2021, to April 1, 2021; and it is

FURTHER ORDERED that the March 5, 2021 Initial Scheduling Conference is RESCHEDULED to April 30, 2021 at 9:30 a.m.

Todd E. Edelman
Associate Judge
(Signed in Chambers)

***Copies e-served to:***

Martinis M. Jackson, Esq.
*Attorney for Plaintiff*
martinis.jackson@jlegalservices.com

Stephanie R. Johnson, Esq.
*Attorney for Defendants*
stephanie.johnson@dc.gov

RECEIVED
JAN 28 2021
Washington, D.C.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS JONES** Plaintiff/Petitioner | Cause No.: **2020CA004857B** Hearing Date: |
| vs. **OFFICER LLOYD COWARD III; ET AL.** Defendant/Respondent | AFFIDAVIT OF NON-SERVICE OF **Summons; Complaint; COVER SHEET; INITIAL ORDER AND ADDENDUM** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Affiant states s(he) attempted to serve **SERGEANT TIMOTHY EVANS** at the address of: [redacted] and was unable to effect service for the following reasons:

**12/19/2020 10:25 AM: No answer at door.**
**12/21/2020 1:03 PM: No answer at door.**
**12/26/2020 12:17 PM: No answer at door.**
**1/4/2021 6:51 PM: No answer at door.**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 01/11/2021

**Duclos Keusseu**

Residing or doing business at: **1219 Kingsbury Dr, Bowie, MD 20721**

REF: **REF-7065015 TE**

ORIGINAL AFFIDAVIT OF NON-SERVICE

Tracking #: **0063052104**

 

Filed
D.C. Superior Court
03/02/2021 15:08PM
Clerk of the Court

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS JONES**<br>Plaintiff/Petitioner | Cause No.: **2020 CA 004857 B**<br>Hearing Date: |
| vs.<br>**OFFICER LLOYD COWARD III; ET AL.**<br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF<br>**Summons; Complaint; INITIAL ORDER AND ADDENDUM** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **26th day of February, 2021** at **11:21 AM** at the address of **METROPOLITAN POLICE DEPARTMENT, 1ST DISTRICT STATION, 101 M. ST. SW, WASHINGTON, DC 20024**; this affiant served the above described documents upon **SERGEANT TIMOTHY EVANS** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **SERGEANT TIMOTHY EVANS**, **Who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a black-haired black male approx. 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 26, 2021

**Paul Waters**

Residing or doing business at: **7613 Jaywick Ave, Fort Washington, MD 20744**



Filed
D.C. Superior Court
03/04/2021 09:26AM
Clerk of the Court

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | | |
|---|---|---|
| **DOUGLAS JONES** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **The DISTRICT OF COLUMBIA et al.,** | ) | Case No. 2020 CA 004857 B |
| **Defendants.** | ) | |

---

**CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY on this 4th day of March 2021 that copies of Plaintiff's First Set of Interrogatories, First Requests for Admission, and Request for Production directed to Defendant Lloyd Coward III were served electronically served via email, with a copy of this Certificate Regarding Discovery to:

/s/ Stephanie R. Johnson
STEPHANIE R. JOHNSON [1632338]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 256-3713
(202) 741-0592 (fax)
stephanie.johnson1@dc.gov
Counsel for Defendant District of Columbia

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Certificate has been served, via the CasefileXpress electronic notification service, on the following parties:

STEPHANIE R. JOHNSON [1632338]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 256-3713
(202) 741-0592 (fax)
stephanie.johnson1@dc.gov
Counsel for Defendant District of Columbia

__/s/ Martinis M. Jackson /s/__

Martinis M. Jackson
Founding Member | Jackson Legal Services PLLC

Filed
D.C. Superior Court
03/05/2021 19:12PM
Clerk of the Court

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | | |
|---|---|---|
| **DOUGLAS JONES** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **The DISTRICT OF COLUMBIA et al.,** | ) | Case No. 2020 CA 004857 B |
| **Defendants.** | ) | |

## PROOF OF SERVICE

Plaintiff Douglas Jones, through his undersigned attorney, files this proof of service of process, pursuant to DCSCR Rule 5, on the District of Columbia (the "District") of the Summons, Complaint and this Court's Initial Order and Addendum in the above referenced case. Plaintiff does so based on the following statements:

1. Pursuant to the District's Office of Attorney General's ("OAG") website, OAG is temporally accepting process on behalf of the District via email due to COVID-19.
2. I, Martinis Jackson, Esq., a member of the Bar of this court, certify that I emailed a copy of the Summons, Complaint and this Court's Initial Order and Addendum in the above referenced case to the email addresses provided by OAG for temporary service of process on January 26, 2021.
3. On January 27, 2021, OAG confirmed receipt of service of the above-mentioned documents. Attached as Exhibit A is a copy of the email sent to OAG evidencing service and confirmation of receipt of service.

4.  Opposing counsel noted that the District does not anticipate contesting service.

5.  All defendants in this matter have been properly served.

Respectfully submitted,

Jackson Legal Services, PLLC

/s/Martinis M. Jackson
Martinis Jackson, Esq.
DC Bar No. 1020065
Jackson Legal Services, PLLC
1629 K Street, NW, Ste. 300
Washington, DC 20006
(301) 631-4964
**martinis.jackson@jlegalservices.com**
*Counsel for Plaintiff*

# EXHIBIT A

 Martinis Jackson <martinis.jackson@jlegalservices.com>

# Douglas Jones v. District of Columbia et al., 2020 CA 004857 B (Service of Process)

4 messages

**Martinis Jackson** <martinis.jackson@jlegalservices.com> Tue, Jan 26, 2021 at 12:21 PM
To: chad.copeland@dc.gov, stephanie.litos@dc.gov, tonia.robinson@dc.gov

Good morning,

Please see attached a service packet for the District of Columbia in the above referenced case. Please confirm receipt and acceptance of service of process per OAG's Temporary Service of Process instructions.

Best regards,
Martinis

--

**Martinis Jackson** | Founder
Jackson Legal Services PLLC
301-631-4964
martinis.jackson@jlegalservices.com
www.jlegalservices.com

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**Service Packet District of Columbia.pdf**
1589K

**Martinis Jackson** <martinis.jackson@jlegalservices.com> Wed, Jan 27, 2021 at 10:58 AM
To: chad.copeland@dc.gov, stephanie.litos@dc.gov, tonia.robinson@dc.gov

All,

I am reaching out to confirm your receipt of the service packet I sent yesterday.

Best regards,
Martinis
[Quoted text hidden]

**Martinis Jackson** <martinis.jackson@jlegalservices.com> Wed, Jan 27, 2021 at 11:39 AM
To: chad.copeland@dc.gov, stephanie.litos@dc.gov, tonia.robinson@dc.gov

FYI - see below. Thanks again.
[Quoted text hidden]

**Service Packet District of Columbia.pdf**
1589K

**Robinson, Tonia (OAG/GL)** <tonia.robinson@dc.gov> Wed, Jan 27, 2021 at 12:06 PM
To: Martinis Jackson <martinis.jackson@jlegalservices.com>, "Copeland, Chad (OAG)" <chad.copeland@dc.gov>, "Litos, Stephanie (OAG)" <stephanie.litos@dc.gov>

Received.

**From:** Martinis Jackson <martinis.jackson@jlegalservices.com>
**Sent:** Wednesday, January 27, 2021 11:39 AM
**To:** Copeland, Chad (OAG) <chad.copeland@dc.gov>; Litos, Stephanie (OAG) <stephanie.litos@dc.gov>; Robinson, Tonia (OAG/GL) <tonia.robinson@dc.gov>
**Subject:** Fwd: Douglas Jones v. District of Columbia et al., 2020 CA 004857 B (Service of Process)

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

FYI - see below. Thanks again.

---------- Forwarded message ---------
From: **Martinis Jackson** <martinis.jackson@jlegalservices.com>
Date: Tue, Jan 26, 2021 at 12:21 PM
Subject: Douglas Jones v. District of Columbia et al., 2020 CA 004857 B (Service of Process)
To: <chad.copeland@dc.gov>, <stephanie.litos@dc.gov>, <tonia.robinson@dc.gov>

Good morning,

Please see attached a service packet for the District of Columbia in the above referenced case. Please confirm receipt and acceptance of service of process per OAG's Temporary Service of Process instructions.

Best regards,

Martinis

--

**Martinis Jackson** | Founder
Jackson Legal Services PLLC

301-631-4964

martinis.jackson@jlegalservices.com

www.jlegalservices.com

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any

2/26/2021 Case 1:21-cv-00836-RC Document 1-2 Filed 03/26/21 Page 53 of 91 Jackson Legal Services LLP Mail - Douglas Jones v. District of Columbia et al., 2020 CA 004553 B (Service of Process)

attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

--

**Martinis Jackson** | Founder
Jackson Legal Services PLLC

301-631-4964

martinis.jackson@jlegalservices.com

www.jlegalservices.com

[Quoted text hidden]

https://mail.google.com/mail/u/0?ik=17dd83f086&view=pt&search=all&permthid=thread-a%3Ar7778040683462214926&simpl=msg-a%3Ar777969317… 3/3

Filed
D.C. Superior Court
03/08/2021 12:33PM
Clerk of the Court

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | | |
|---|---|---|
| **DOUGLAS JONES** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2020 CA 004857 B** |
| | ) | |
| **METROPOLITAN POLICE DEPT., ET AL.** | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY on this 8th day of March 2021 that copies of Plaintiff's First Set of Interrogatories, First Requests for Admission, and Request for Production directed to Defendant the District of Columbia were served electronically served via email, with a copy of this Certificate Regarding Discovery to:

STEPHANIE R. JOHNSON [1632338]
Assistant Attorney General
400 Sixth Street, NW Washington, D.C. 20001
(202) 256-3713
(202) 741-0592 (fax)
stephanie.johnson1@dc.gov
Counsel for Defendant District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Certificate has been served, via the CasefileXpress electronic notification service, on the following parties:

STEPHANIE R. JOHNSON [1632338]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 256-3713
(202) 741-0592 (fax)
stephanie.johnson1@dc.gov
Counsel for Defendant District of Columbia

__/s/ Martinis M. Jackson __ Martinis M. Jackson

Founding Member | Jackson Legal Services PLLC

Filed
D.C. Superior Court
03/24/2021 20:03PM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

DOUGLAS JONES,

*Plaintiff,*

v.

DISTRICT OF COLUMBIA, *et al.*,

*Defendants.*

2020 CA 004857 B
Judge Todd E. Edelman
Next Court Date: April 30, 2021
Event: Initial Scheduling Conference

**JOINT MOTION TO REDACT AND SEAL THE COMPLAINT AND PROOFS OF SERVICE**

Plaintiff Douglas Jones and Defendants Officer Lloyd Coward III and Sergeant Timothy Evans (collectively, "Defendants"), through undersigned counsel, respectfully move this Court for an order to redact Defendants' home addresses from the caption of the Complaint and paragraphs 5 and 6 of the Complaint, proofs of service filed regarding service on Defendants, and from the Court's docket sheet. The redactions proposed to the Complaint and proofs of service are attached as Exhibits 1 and 2, respectively. A memorandum of points and authorities in support of this motion and a proposed order are also attached.

Date: March 24, 2021

Respectfully submitted,

*/s/ Martinis M. Jackson*
MARTINIS M. JACKSON [1020065]
1629 K Street NW, Suite 300
Washington, D.C. 20006
(240) 763-7529
martinis.jackson@jlegalservices.com

*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

/s/ Stephanie R. Johnson
STEPHANIE R. JOHNSON [1632338]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 256-3713
stephanie.johnson1@dc.gov

*Counsel for Defendants*

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| DOUGLAS JONES,<br>*Plaintiff,*<br>v.<br>DISTRICT OF COLUMBIA, *et al.*,<br>*Defendants.* | 2020 CA 004857 B<br>Judge Todd E. Edelman<br>Next Court Date: April 30, 2021<br>Event: Initial Scheduling Conference |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO REDACT AND SEAL THE COMPLAINT AND PROOFS OF SERVICE**

Plaintiff Douglas Jones and Defendants Officer Lloyd Coward III and Sergeant Timothy Evans (collectively, "Defendants") jointly move this Court to issue an order redacting Defendants' home addresses from the caption of the Complaint and paragraphs 5 and 6 of the Complaint, the proofs of service regarding each defendant, and the Court's docket sheet.[1] The parties have attached, as Exhibit 1, the Complaint with the addresses redacted, and as Exhibit 2, the proofs of service with the addresses redacted. Plaintiff further consents and agrees to the sealing of the originally filed complaint and proofs of service. As set forth below, privacy interests militate in favor of redacting Defendants' home addresses.

**ARGUMENT**

**I. Privacy Interests Support Redacting Defendants' Home Addresses.**

The public disclosure of Defendants' home address constitutes an unwarranted invasion of Defendants' privacy. Here, there is no public benefit to having Defendants' home address displayed in publicly available documents. *See, e.g.*, *VoteHemp, Inc. v. DEA*, 567 F. Supp. 2d

[1] Defendants' home addresses appear on the December 11, 2020 docket entry.

1, 15-16 (D.D.C. 2004) (discussing in the context of FOIA the need to balance an individual's right to privacy and the public's interest to know what the government is doing when deciding whether to disclose names and addresses).

The right to privacy of employees of the Metropolitan Police Department (MPD) should be protected. The non-disclosure of Defendants' home addresses is important to protect not only their privacy but also to protect them and their family members from potential harassment, embarrassment, and threats to their and their families' safety and wellbeing. The need to prevent an unwarranted invasion of privacy is especially important here because of the nature of Defendants' employment as a Sergeant and Police Officer with MPD.

Further, there is no compelling public interest that justifies the disclosure of Defendants' home address. The allegations in the Complaint have nothing to do with where Defendants live but only their alleged conduct as members of MPD. The Complaint raises no issues of property rights or land use, or landlord-tenant issues, for instance. There is simply no compelling need for the public to know where these defendants live. In this case, the Defendants' home addresses are not only displayed in the Complaint, but also the proofs of service and the Court's December 11, 2020 docket entry. The same reasons that justify redacting Defendants' home addresses in the Complaint also support redacting the home addresses on proofs of service[2] and the docket.

Plaintiff jointly moves for the requested relief with Defendants and further agrees that Exhibit 1 may be uploaded to replace the original Complaint. Accordingly, this joint motion should be granted.

---

[2] A proof of attempted service on Sergeant Evans including his home address is also included as an exhibit to Plaintiff's January 19, 2021 Motion to Extend Time to Serve Defendants.

**CONCLUSION**

For these reasons, the Court should grant this motion.

Date: March 24, 2021

Respectfully submitted,

*/s/ Martinis M. Jackson*
MARTINIS M. JACKSON [1020065]
1629 K Street NW, Suite 300
Washington, D.C. 20006
(240) 763-7529
martinis.jackson@jlegalservices.com

*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON [1632338]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 256-3713
stephanie.johnson1@dc.gov

*Counsel for Defendants*

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| DOUGLAS JONES,<br>*Plaintiff,*<br>v.<br>DISTRICT OF COLUMBIA, *et al.*,<br>*Defendants.* | 2020 CA 004857 B<br>Judge Todd E. Edelman |

**ORDER**

Upon consideration of the Parties' Joint Motion to Redact and Seal the Complaint and Proofs of Service, and the entire record herein, it is this______day of______________, 2021, hereby

**ORDERED** that the Joint Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of Court shall redact the addresses of Defendants Officer Lloyd Coward III and Sergeant Timothy Evans from the caption of the Complaint; paragraphs 5 and 6 of the Complaint; the proofs of service on Defendants Coward and Evans entered on the docket; the proofs of attempted service on Defendant Evans, including the proof of attempted service on Defendant Evans attached to the Plaintiff's January 19, 2021 Motion to Extend Time to Serve Defendants; and the Court's December 11, 2020 docket entry.

ORDERED that the Clerk of Court upload Exhibit 1 and Exhibit 2 to replace the original Complaint and proofs of service on Defendants Coward and Evans.

**SO ORDERED.**

__________________________________
**Hon. Todd E. Edelman**
Superior Court for the District of Columbia

*Copies via CaseFileXpress to*:

Martinis M. Jackson, Esq.
*Counsel for Plaintiff*

Stephanie R. Johnson, Esq.
Assistant Attorney General
*Counsel for Defendants*

# EXHIBIT 1

Filed
D.C. Superior Court
12/02/2020 09:22AM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Douglas Jones — Case Number: **2020 CA 004857 B**

vs — Date: 12.2.2020

District of Columbia, et al., — [X] One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Martinis M. Jackson | Relationship to Lawsuit |
|---|---|
| Firm Name: Jackson Legal Services PLLC | [X] Attorney for Plaintiff<br>[ ] Self (Pro Se)<br>[ ] Other: ________ |
| Telephone No.: 240-763-7529 — Six digit Unified Bar No.: 1020065 | |

TYPE OF CASE: [ ] Non-Jury [ ] 6 Person Jury [X] 12 Person Jury

Demand: $ 100,000.00 Other: ________

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:________ Judge: ________ Calendar #:________

Case No.:________ Judge: ________ Calendar#:________

NATURE OF SUIT: *(Check One Box Only)*

**A. CONTRACTS** **COLLECTION CASES**

- [ ] 01 Breach of Contract
- [ ] 02 Breach of Warranty
- [ ] 06 Negotiable Instrument
- [ ] 07 Personal Property
- [ ] 13 Employment Discrimination
- [ ] 15 Special Education Fees
- [ ] 14 Under $25,000 Pltf. Grants Consent
- [ ] 17 OVER $25,000 Pltf. Grants Consent
- [ ] 27 Insurance/Subrogation Over $25,000 Pltf. Grants Consent
- [ ] 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
- [ ] 28 Motion to Confirm Arbitration Award (Collection Cases Only)
- [ ] 16 Under $25,000 Consent Denied
- [ ] 18 OVER $25,000 Consent Denied
- [ ] 26 Insurance/Subrogation Over $25,000 Consent Denied
- [ ] 34 Insurance/Subrogation Under $25,000 Consent Denied

**B. PROPERTY TORTS**

- [ ] 01 Automobile
- [ ] 02 Conversion
- [ ] 07 Shoplifting, D.C. Code § 27-102 (a)
- [ ] 03 Destruction of Private Property
- [ ] 04 Property Damage
- [ ] 05 Trespass

**C. PERSONAL TORTS**

- [ ] 01 Abuse of Process
- [ ] 02 Alienation of Affection
- [ ] 03 Assault and Battery
- [ ] 04 Automobile- Personal Injury
- [ ] 05 Deceit (Misrepresentation)
- [ ] 06 False Accusation
- [ ] 07 False Arrest
- [ ] 08 Fraud
- [ ] 10 Invasion of Privacy
- [ ] 11 Libel and Slander
- [ ] 12 Malicious Interference
- [ ] 13 Malicious Prosecution
- [ ] 14 Malpractice Legal
- [ ] 15 Malpractice Medical (Including Wrongful Death)
- [X] 16 Negligence- (Not Automobile, Not Malpractice)
- [X] 17 Personal Injury- (Not Automobile, Not Malpractice)
- [ ] 18Wrongful Death (Not Malpractice)
- [ ] 19 Wrongful Eviction
- [ ] 20 Friendly Suit
- [ ] 21 Asbestos
- [ ] 22 Toxic/Mass Torts
- [ ] 23 Tobacco
- [ ] 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE IF USED

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

Martinis Jackson

Attorney's Signature

12/2/2020

Date

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Douglas Jones
Plaintiff

vs.

Case Number 2020 CA 004857 B

The District of Columbia
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Martinis M. Jackson
Name of Plaintiff's Attorney

1629 K Street NW, Suite 300
Address
Washington, D.C. 20006

240.763.7529
Telephone

*Clerk of the Court*

By ____________________
Deputy Clerk

Date 12/07/2020

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

______________________________ Demandante

contra

Número de Caso: ______________________________

______________________________ Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

______________________________
Nombre del abogado del Demandante

Por: ______________________________
Subsecretario

______________________________
Dirección

______________________________

Fecha ______________________________

______________________________
Teléfono

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

**DOUGLAS JONES**
227 O STREET, SW, APT. 33
WASHINGTON, DC 20024

**Plaintiff,**

**v.**

**The DISTRICT OF COLUMBIA**
400 6TH STREET, NW
WASHINGTON, DC 20001

&

**OFFICER LLOYD COWARD, III**
[redacted]

&

**SERGEANT TIMOTHY EVANS**
[redacted]

in their individual and official capacities

Serve: Mayor Muriel Bowser
1350 Pennsylvania Ave, NW
Washington, D.C. 20004

Serve: Attorney General Karl Racine
441 4th Street NW
Suite 1100 South
Washington, D.C. 20001

**Defendants.**

Case No. **2020 CA 004857 B**

---

## COMPLAINT

COMES NOW, Plaintiff, Douglas Jones, by and through Counsel, Martinis Jackson, Esq., and hereby files Plaintiff's Complaint against Defendants, Officer Lloyd Coward,

III, individually and in his official capacity, Sergeant Timothy Evans, individually and in his official capacity, and the District of Columbia. In support thereof, Plaintiff states as follows:

**JURISDICTION**

1. This Court has subject matter jurisdiction over this action pursuant to D.C. Code 11-921.

2. This Court has personal jurisdiction over Defendants pursuant to D.C. Code 13-423 in that Defendants caused a tortious injury to occur in the District of Columbia.

**NATURE OF THIS ACTION**

3. This is an action pertaining to civil rights violations and tortious conduct committed by the above-named Defendants against Plaintiff. Defendants' malicious actions caused injury and harm to Plaintiff.

**PARTIES**

4. Plaintiff, Douglas Jones, (hereinafter "Mr. Jones"), who is over the age of 18 years old, is a resident and citizen of Washington, D.C., and whose mailing address is 227 O Street, SW, Apt. 33, Washington, DC 20024.

5. Defendant, Lloyd Coward, III, (hereinafter Defendant "Coward"), is over the age of 18 years old and, on good information and belief, is a resident of the State of Maryland, with the current mailing address of [redacted] Defendant Coward is a party to this action individually and in his capacity as a Police Officer for the Metropolitan Police Department.

6. Defendant, Timothy Evans, (hereinafter Defendant "Evans"), is over the age of 18 years old and, on good information and belief, is a resident of the District of Columbia, with his current mailing address being [redacted]

[redacted] Defendant Evans is being sued individually and in his capacity as a police officer for the Metropolitan Police Department.

7. The District of Columbia, (hereinafter the "District"), as a municipality, operates, manages, directs, and controls Washington, D.C.'s Metropolitan Police Department ("MPD") and is responsible for the actions of its employees conducted within the scope of their employment.

**STATEMENT OF FACTS**

8. On or around 12:30 P.M. on December 5, 2017, Mr. Jones was walking through a public outdoor facility located in Southwest Washington, D.C.

9. As Mr. Jones arrived at the facility, he noticed numerous armed, fully uniformed MPD officers standing around the playground area and speaking with other facility patrons.

10. As Mr. Jones was walking through the public facility towards the facility's exit, Mr. Jones was abruptly stopped by a fully uniformed MPD police officer.

11. That police officer was Defendant Lloyd Coward III, MPD Badge No. 4778.

12. Defendant Coward intentionally positioned himself directly in Mr. Jones' path, as to prevent Mr. Jones from proceeding any further.

13. At this time, Mr. Jones was neither suspected of committing any crime nor was he intervening in MPD's official business.

14. To avoid bumping into Defendant Coward, Mr. Jones immediately stopped walking forward, causing Mr. Jones to be face to face with Defendant Coward.

15. Without giving any warning or providing an explanation for stopping Mr. Jones, Defendant Coward reached out his hand and pushed Mr. Jones in the opposite direction.

16.     Immediately, Mr. Jones took a few steps backward as a result of the unwarranted push, and simultaneously put both of his hands in the air while verbally requesting that Defendant Coward stop touching him.

17.     As Mr. Jones repeated his request not to be touched, several of the MPD officers that were scattered about the facility, rushed over to Mr. Jones and Defendant Coward's location.

18.     Among those officers, was Defendant Sergeant Timothy Evans, MPD Badge No. S0567.

19.     As the officers were gathering around where the two men were standing, Mr. Jones pointed at Defendant Coward to identify the MPD officer that pushed him.

20.     In response, Defendant Coward swatted at Mr. Jones hand, but failed to make contact.

21.     As both men continued to go back and forth verbally, Defendant Coward told Mr. Jones that he was not intimated by him, then proceeded to forcefully push Mr. Jones backwards with both his hands without provocation from Mr. Jones.

22.     Defendant Coward then yelled at Mr. Jones to "get the fuck out of [his] face" and attempted to bait Mr. Jones into a physical altercation.

23.     Mr. Jones gave his opinion about Defendant Coward's conduct and called him a coward.

24.     In response to Mr. Jones' statements, Defendant Evans, while dressed in police uniform, stepped in Mr. Jones' face, and in a pugnacious tone, asked Mr. Jones, if he wanted to go to jail.

25.     Given Defendant Evans' dismissive and demeaning tone, Mr. Jones and Defendant Evans began to exchange derogatory comments.

26.     Shortly thereafter, in an attempt to remove himself from the situation, Mr. Jones backed away from both Defendant Coward and Defendant Evans and proceeded to head towards a pavilion that was located on the other side of the public facility.

27.     As Mr. Jones was backing away from the group of officers and attempting to leave, Defendant Evans pursued Mr. Jones and began harassing him.

28.     As Defendant Evans followed Mr. Jones, Defendant Evans continued yelling obscenities at Mr. Jones, calling him an "ass" and an "asshole".

29.     Defendant Evans continuously entered into Mr. Jones' personal space, repeatedly pressing his chest against Mr. Jones, in an attempt to provoke some physical response from Mr. Jones.

30.     At one point, Defendant Evans' chest bumped Mr. Jones so hard that Defendant Evan's MPD issued body camera became dislodged.

31.     At one point during Defendant Evans' verbal assault, Defendant Evans spat in Mr. Jones' face.

32.     Whenever Mr. Jones would request for Defendant Evans to stop touching him, Defendant Evans would mock Mr. Jones' request, disregard the request made, and would continue to taunt Mr. Jones.

33.     After several minutes of being followed, insulted and assaulted, Mr. Jones attempted to leave the facility but was prevented from leaving by Defendant Evans' harassment.

34. Upon seeing Mr. Jones trying to leave, Defendant Evans retrieved his MPD issued bicycle and once again started to follow and pursue Mr. Jones.

35. As Defendant Evans chased Mr. Jones on his MPD bicycle, Defendant Evans constantly encouraged Mr. Jones to attack him.

36. After a few more minutes of being followed and harassed, Mr. Jones was finally able to leave.

37. At no point in time during Mr. Jones' interaction with Defendant Evans and Defendant Coward did probable cause exist for Mr. Jones' arrest.

38. At no point in time during Mr. Jones' interaction with Defendant Evans and Defendant Coward did Mr. Jones pose a threat to anyone.

39. Subsequently, on or about December 9, 2017, Mr. Jones filed a complaint with the District of Columbia's Office of Police Complaints ("OPC") detailing the date, location, time, and facts surrounding this incident that formed the basis for the allegations in this Complaint.

40. OPC investigated Mr. Jones' allegations and found that both Defendant Coward and Defendant Evans violated D.C. Code and MPD General Orders by, *inter alia*, using excessive force against Mr. Jones and harassing him.

41. As a result of OPC's findings, both Defendant Coward and Defendant Evans were suspended for a period without pay.

42. At all times throughout, Defendant Coward and Defendant Evans were employed by and acting in their official capacities as police officers with the MPD.

**COUNT I**

**VIOLATION OF 42 U.S.C. 1983: DEPRIVATION OF FEDERAL RIGHTS**

**(4th Amendment Unlawful Arrest & Excessive Force**

**Defendant Coward and Defendant Evans)**

43.     Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

44.     As a United States Citizen and resident of the District of Columbia, Mr. Jones has a constitutional right to be free from unreasonable search and seizures of his person.

45.     Mr. Jones also has a right to not be denied life, liberty, or property.

46.     The actions taken by Defendant Coward and Defendant Evans, as outlined above, were in direct violation of Mr. Jones' 4th Amendment rights.

47.     Defendant Coward prevented Mr. Jones from exiting and entering a public facility without probable cause to arrest Mr. Jones or stop him.

48.     Throughout the encounter, Mr. Jones attempted to leave but several times the officers prevented him from leaving.

49.     Defendant Coward intentionally blocked Mr. Jones pathway into the public facility, and without any cause, physically deterred Mr. Jones from proceeding any further by pushing him away.

50.     Defendant Coward, again having no cause or need to interact with Mr. Jones, used unnecessary force a second time against Mr. Jones by shoving him to prevent Mr. Jones from enjoying his right to access the public facilities.

51.     Having no reason to detain or arrest Mr. Jones, Defendant Evans also used unnecessary force against Mr. Jones, as he repeatedly kept pushing his chest into that of Mr. Jones', as Mr. Jones was trying to withdraw from the situation.

52.     Defendant Evans also used excessive force against Mr. Jones by spitting in his face.

53.     During each one of their actions against Mr. Jones, both Defendant Coward and Defendant Evans were acting under the color of state law.

54.     Both Defendant Coward and Defendant Evans are employed by the District of Columbia's Metropolitan Police Department (MPD), specifically serving as police officers.

55.     At the time in which the foregoing events took place, both Defendant Coward and Defendant Evans were at the public facility in their official capacities as MPD police officers.

56.     Throughout their interactions with Mr. Jones, both Defendant Coward and Defendant Evans were fully uniformed and made it very apparent to Mr. Jones that they were acting on behalf of the MPD, and were fulfilling their assigned duties by being present at the facility.

57.     As Defendant Evans was following and chasing behind a retreating Mr. Jones, Defendant Evans was riding an MPD issued bicycle.

58.     As a direct and proximate result of Defendants violations of Mr. Jones' Constitutional rights, Mr. Jones has suffered, and will continue to suffer substantial emotion distress, mental anguish, and diminished capacity for the enjoyment of life.

59.     Due to the malicious and intentional nature of Defendants' conduct, Mr. Jones is entitled to punitive damages.

60.     Wherefore, Plaintiff, Douglas Jones, respectfully prays judgment against Defendants Lloyd Coward, III, and Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs,

interests, prejudgment interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

**COUNT II**

**VIOLATION OF 42 U.S.C. 1983: DEPRIVATION OF FEDERAL RIGHTS**

**(First Amendment Retaliation – Defendant Evans)**

61. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

62. Mr. Jones opinion of Defendant Coward's actions in the course of his duties as a police officer is protected speech under the First Amendment.

63. Defendant Evans adversely affected Mr. Jones' First Amendment rights when he retaliated against Mr. Jones by threatening to arrest Mr. Jones for exercising his free speech.

64. Defendant Evans' threats and subsequent harassment was motivated by Mr. Jones exercising his First Amendment rights as Defendant Evans only threatened Mr. Jones after Mr. Jones made his protected statements to Officer Coward.

65. As a direct and proximate result of Defendants violations of Mr. Jones' Constitutional rights, Mr. Jones has suffered, and will continue to suffer substantial emotional distress, mental anguish, and diminished capacity for the enjoyment of life.

66. Due to the malicious and intentional nature of Defendant Evan's conduct, Mr. Jones is entitled to punitive damages.

67. Wherefore, Plaintiff, Douglas Jones, respectfully prays judgment against Defendant Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs, interests, prejudgment

interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

**COUNT III**

**VIOLATION OF 42 U.S.C. 1983: LIABILITY DUE TO FAILURE TO INTERVENE**

**(Defendant Coward)**

68. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each and every allegation in the aforementioned paragraphs, as fully set forth herein.

69. Defendant Evans violated Mr. Jones Fourth and Fifth Amendment rights by unlawfully detaining him and using unnecessary force in preventing Mr. Jones from accessing a public facility without cause.

70. Defendant Coward, being present, had a duty to intervene by virtue of his status as an officer of the law, charged with the duty of protecting residents and citizens of the District of Columbia and upholding the law, which included protecting Mr. Jones from being harassed, abused, and assaulted by a fellow officer, in direct violation of Mr. Jones' constitutionally endowed rights, the D.C. Code, and the MPD General Orders.

71. Having been the cause for Defendant Evans approaching Mr. Jones and having been present during the entire exchange between Mr. Jones and Defendant Evans, Defendant Coward had a reasonable opportunity to intervene.

72. Despite the foregoing, Defendant Coward failed to intervene and allowed Defendant Evans to harass, taunt, and physically assault Mr. Jones in a manner that violated Mr. Jones' constitutional rights, and thus Defendant Coward contributed to the violation.

73. As a direct and proximate result of Defendant Coward's failure to intervene, Mr. Jones constitutional rights were violated.

74. Wherefore, Plaintiff, Douglas Jones, respectfully prays judgment against Defendants Lloyd Coward, III, and Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs, interests, prejudgment interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

**COUNT IV**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**(Defendant Evans)**

75. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

76. Defendant Evans, while armed with a firearm and in the presence of several other armed officers, persistently chased after Mr. Jones despite Mr. Jones' repeated requests for Defendant Evans to leave him alone.

77. Defendant Evans not only attempted to provoke Mr. Jones to commit a crime in the presence of other officers by insulting and harassing Mr. Jones, but also by spitting in his face.

78. This extreme and outrageous conduct goes beyond all possible bounds of decency and is intolerable in a civilized society, especially from a high-ranking police officer who is duty bound to serve and protect residents of the District of Columbia.

79. Defendant Evans actions were intended to cause Mr. Jones to suffer severe emotional distress so that Mr. Jones would lose his composure and provide Defendant Evans with grounds to arrest him or worse.

80. Mr. Jones suffered severe emotional distress as a direct and proximate result of Defendant Evan's extreme and outrageous conduct.

81. Wherefore, Plaintiff, Douglas Jones, respectfully prays judgment against Defendants and Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs, interests, prejudgment interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

## COUNT V

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

**(Defendant Coward and Defendant Evans)**

82. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

83. Defendants Coward and Evans owed Mr. Jones a heightened standard of care, which they breached in a grossly negligent manner.

84. At all times relevant hereto, Defendant Coward and Defendant Evans were police officers sworn to enforce the law and ensure the safety and quality of life of the community they serve.

85. Instead of supporting and upholding the Constitution of the United States, and the laws of the District of Columbia, in which they operate, Defendant Coward and Defendant Evans attempted to provoke Mr. Evans to break the law.

86. Defendant Coward and Defendant Evans further breached that duty by using excessive force against Mr. Jones, harassing him for several minutes, and threatening to arrest him for exercising his constitutional rights.

87. The conduct taken by Defendant Coward and Defendant Evans was in violation of the D.C. Code, MPD General Orders, and the United States Constitution.

88. Defendant Coward and Defendant Evans' acts showed a complete disregard for the laws in which they took an oath to uphold, and an indifference to the risk of injury to Mr. Jones' constitutionally protected rights.

89. As a direct and proximate result of Defendant Coward and Defendant Evan's negligent acts, Plaintiff suffered damages, including but not limited to, severe emotional distress, mental anguish, and embarrassment.

90. WHEREFORE, Plaintiff, Douglas Jones, respectfully requests that this Honorable Court award judgment against Defendants Lloyd Coward, III, and Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs, interests, prejudgment interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

**COUNT VI**

**COMMON LAW NEGLIGENCE**

**(Defendant Coward and Defendant Evans)**

91. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

92. Defendants Coward and Evans owed Mr. Jones a heightened standard of care, which they breached in a grossly negligent manner.

93. At all times relevant hereto, Defendant Coward and Defendant Evans were police officers sworn to enforce the law and ensure the safety and quality of life of the community they serve.

94. Instead of supporting and upholding the Constitution of the United States, and the laws of the District of Columbia, in which they operate, Defendant Coward and Defendant Evans attempted to provoke Mr. Evans to break the law.

95. Defendant Coward and Defendant Evans further breached that duty by using excessive force against Mr. Jones, harassing him for several minutes, and threatening to arrest him for exercising his constitutional rights.

96. The conduct taken by Defendant Coward and Defendant Evans was in violation of the D.C. Code, MPD General Orders, and the United States Constitution.

97. Defendant Coward and Defendant Evans' acts showed a complete disregard for the laws in which they took an oath to uphold, and indifference to the risk of injury to Mr. Jones' constitutionally protected rights.

98. As a direct and proximate result of Defendant Coward and Defendant Evan's negligent acts, Plaintiff suffered damages, including but not limited to, severe emotional distress, mental anguish, and embarrassment.

99. WHEREFORE, Plaintiff, Douglas Jones, respectfully requests that this Honorable Court award judgment against Defendants Lloyd Coward, III, and Timothy Evans, in the amount of One Hundred Thousand Dollars ($100,000.00), for compensatory damages, punitive damages, costs, interests, prejudgment interest, reasonable attorney's fee and such other relief this Court deems just and proper, and to which Plaintiff is entitled.

**COUNT VII**

**(Respondeat Superior – Defendant District)**

100. Plaintiff, Mr. Jones, alleges and incorporates herein by reference, each allegation in the aforementioned paragraphs, as fully set forth herein.

101. At all times during the above referenced incident, Defendant Coward and Defendant Evans were acting within the scope of their employment with the District.

102. The District is responsible under the doctrine of Respondeat Superior for all common law torts committed by District employees within the scope of their employment.

103. As stated above, Defendant Coward and Defendant Evans acted with gross negligence by failing to conduct themselves as a reasonable officer would under the circumstances.

104. Where Defendant Coward and Defendant Evans are found liable for intentional infliction of emotional distress, negligent infliction of emotional distress, or any other common law tort, the District is also liable to Plaintiff under the doctrine of Respondeat superior for those injuries.

**JURY DEMAND**

Plaintiff respectfully demands a jury trial in the aforementioned matter.

Dated: December 2, 2020

Respectfully submitted,

Jackson Legal Services, PLLC

Martinis Jackson

Martinis Jackson, Esq.
DC Bar No. 1020065
Jackson Legal Services, PLLC
1629 K Street, NW, Ste. 300
Washington, DC 20006
(301) 631-4964
**martinis.jackson@jlegalservices.com**
*Counsel for Plaintiff*

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

DOUGLAS JONES
Vs.
DISTRICT OF COLUMBIA et al

C.A. No. 2020 CA 004857 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

Case Assigned to: Judge KELLY A HIGASHI
Date: December 3, 2020
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, March 05, 2021
Location: Courtroom JM-4
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

**ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES**

D.C. Code § 16-2821, which is part of the Medical Malpractice Proceedings Act of 2006, provides, "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and pro se parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and pro se parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver it in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

# Civil Remote Hearing Instructions for Participants

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option 1: (AUDIO ONLY/Dial-in by Phone):**

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.

If you select **Option 2** or **Option 3** use the Audio Alternative

**Option 2: (LAPTOP/ DESKTOP USERS 1):**

Open Web Browser in Google Chrome and copy and paste following address from the next page: https://dccourts.webex.com/meet/XXXXXXXX

**Option 3: (LAPTOP/ DESKTOP USERS 2):**

Open Web Browser in Google Chrome and copy and paste following address https://dccourts.webex.com Select **Join**, enter the Meeting ID from the next page

AUDIO ALTERNATIVE: Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window. Use a cell phone or desk phone. You will be heard clearer if you do not place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.

**Option 4: (Ipad/SMART PHONE/TABLET):**

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be
- seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

For Technical Questions or issues Call: (202) 879-1928, Option #2

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | WebEx Direct URL | WebEx Meeting ID |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7395 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 542 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7369 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9875 |

| | | | | |
|---|---|---|---|---|
| | 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
| | 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| | 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4356 |
| | 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| | 518 | | https://dccourts.webex.com/meet/ctb518 | 129 555 3445 |
| | 519 | | https://dccourts.webex.com/meet/ctb519 | 129 765 0412 |
| | JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| | A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| | B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 753 4302 |
| | B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| | B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| | B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4852 |

# EXHIBIT 2

RECEIVED
DEC 18 2020
Washington, D.C.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS JONES** Plaintiff/Petitioner | Cause No.: **2020CA004857B** Hearing Date: |
| vs. **OFFICER LLOYD COWARD III; ET AL.** Defendant/Respondent | AFFIDAVIT OF SERVICE OF **SUMMONS; COMPLAINT; COVER SHEET; INITIAL ORDER AND ADDENDUM** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

**On the 15th day of December, 2020 at 11:35 AM** at the address of [redacted] this affiant served the above described documents upon **OFFICER LLOYD COWARD III** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **OFFICER LLOYD COWARD III, Who accepted service with direct delivery, with identity confirmed by subject saying yes when named, a black-haired black male approx. 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses and a beard.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 15, 2020

**Aaron Hutton**

Residing or doing business at: **26461 Reed Rd, Mechanicsville, MD 20659**

REF: **REF-7065015 LC**

PAGE 1 OF 1
ORIGINAL AFFIDAVIT OF SERVICE

Tracking #: **0061993637**

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Filed
D.C. Superior Court
12/11/2020 18:03AM
Clerk of the Court

Douglas Jones

Plaintiff

vs.

Case Number 2020 CA 004857 B

OFFICER LLOYD COWARD, III

Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Martinis M. Jackson
Name of Plaintiff's Attorney

1629 K Street NW, Suite 300
Address
Washington, DC 20006

240.763.7529
Telephone

Clerk of the Court

By [signature] Deputy Clerk

Date 12/11/2020

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

RECEIVED
JAN 28 2021
Washington, DC

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOUGLAS JONES** Plaintiff/Petitioner | Cause No.: **2020CA004857B** |
| vs. | Hearing Date: |
| **OFFICER LLOYD COWARD III; ET AL.** Defendant/Respondent | AFFIDAVIT OF NON-SERVICE OF **Summons; Complaint; COVER SHEET; INITIAL ORDER AND ADDENDUM** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

Affiant states s(he) attempted to serve **SERGEANT TIMOTHY EVANS** at the address of: [redacted] and was unable to effect service for the following reasons:

**12/19/2020 10:25 AM: No answer at door.**
**12/21/2020 1:03 PM: No answer at door.**
**12/26/2020 12:17 PM: No answer at door.**
**1/4/2021 6:51 PM: No answer at door.**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 01/11/2021

**Duclos Keusseu**

Residing or doing business at: **1219 Kingsbury Dr, Bowie, MD 20721**

REF: **REF-7065015 TE**

ORIGINAL AFFIDAVIT OF NON-SERVICE

Tracking #: **0063052104**

